UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PETER ROY ALFRED, JR. | CIVIL ACTION NO. 07-2099 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LSU HEALTH SCIENCE CENTER SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

On December 1, 2008, the Magistrate Judge issued a Report and Recommendation (Record Document 40) recommending that the Motion to Dismiss (Record Document 26) filed by defendants be granted and that all of plaintiff Peter Ray Alfred, Jr.'s ("Alfred") claims against all defendants be dismissed with prejudice. In lieu of objections to the Report and Recommendation, Alfred filed a "Motion to Withdraw Civil Suit Voluntarily" (Record Document 41).

Accordingly,

**IT IS ORDERED** that the Voluntary Motion to Dismiss (Record Document 41) be and is hereby **GRANTED** and all claims against all defendants are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 15th day of December, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE